

**SHARON KELLER**
PRESIDING JUDGE

**BARBARA P. HERVEY**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
**MARY LOU KEEL**
**SCOTT WALKER**
**MICHELLE M. SLAUGHTER**
**JESSE F. MCCLURE, III**
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**DEANA WILLIAMSON**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

May 12, 2021

12th Court Of Appeals Clerk
Katrina Mcclenny
1517 W. Front, Room 354
Tyler, TX 75701
* Delivered Via E-Mail *

**Re:**  White, Jeffery Thomas
**CCA No.**  PD-1256-20                                   **COA No.** 12-20-00024-CR
**Trial Court Case No.**  114-1257-19

The court has issued an opinion on the above referenced cause number.

Sincerely,

*Deana Williamson*

Deana Williamson, Clerk

cc:    District Clerk Smith County (Delivered Via E-Mail)
       Amy R. Blalock (Delivered Via E-Mail)
       District Attorney Smith County (Delivered Via E-Mail)
       Sarah Bales Mikkelsen (Delivered Via E-Mail)
       Presiding Judge 114th District Court (Delivered Via E-Mail)
       Stacey M. Soule (Delivered Via E-Mail)